UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE-GISELE KAMANOU-GOUNE,

                    Plaintiff,

        -against-

GUTERRES ET AL,

                    Defendants.

25-cv-6430 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 2, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 7, 2026
          New York, New York

                   /s/ George B. Daniels
                     GEORGE B. DANIELS
                United States District Judge